

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

2-1-2006

# Vallies v. Sky Bank

Precedential or Non-Precedential: Precedential

Docket No. 05-1002

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Vallies v. Sky Bank" (2006). *2006 Decisions.* Paper 1522.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1522

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-1002

_____

LOUIS R. VALLIES, individually and on behalf of all similarly
situated vehicle buyers,

                                                            Appellant

                              v.

SKY BANK, an Ohio Bank licensed to do business in the
Commonwealth of Pennsylvania

                                                            Appellee

_____

On Appeal from the United States District Court
for the Western District of Pennsylvania
(Dist. Ct. Case No. 01-cv-1438)

_____

**S U R   P E T I T I O N   F O R   P A N E L   R E H E A R I N G**

_____

BEFORE: SMITH, STAPLETON and NYGAARD,  <u>Circuit Judges</u>

_____

The Petition for rehearing filed by the Appellee in the above-entitled

matter having been submitted to the judges who participated in the decision of

this court, is hereby **GRANTED**.  A separate order amending the opinion in this

appeal will be filed separately.

It is so ordered.

                                        By the Court,

                                        /s/ Richard L. Nygaard
                                        _____
                                        United States Circuit Judge

DATE:    February 1, 2006